**Ignatius Kum WUNG, Petitioner,**

v.

**Michael B. MUKASEY, U.S. Attorney**
**General, Respondent.**

No. 07–60624
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 3, 2008.

Michael W. Eheman, Houston, TX, for Petitioner.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

154

Thomas Ward Hussey, Director, Norah Ascoli Schwarz, Claire L. Workman, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Sharon A. Hudson, Houston, TX, for Respondent.

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Ignatius Kum Wung, a native and citizen of Cameroon, has filed a petition for review of the order of the Board of Immigration Appeals (BIA) denying his application for asylum, withholding of removal, and relief under the Convention Against Torture. The Immigration Judge found Wung to lack credibility, and Wung failed to challenge that finding in his appeal to the BIA. Wung therefore failed to exhaust his administrative remedies, and we are without jurisdiction to review this issue that is essential to the success of Wung's claims. *See Townsend v. INS,* 799 F.2d 179, 181–82 (5th Cir.1986). The petition for review is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.